Sanford M. Gibbs
821 N Street, Suite 202
Anchorage, AK 99501
Telephone: (907) 276-2050
Facsimile: (907) 276-2051
Alaska Bar No. 6903013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR<br>MAUREEN KEATING and<br>TERENCE TRAYNOR<br><br>v.<br><br>DEBORAH GOLDSTEIN, ET. AL.<br>_____ / | DEFENDANT LARABEE'S<br>NOTICE OF MOTION FOR<br>ADMINISTRATIVE RELIEF<br>TO APPEAR AT THE<br>AUGUST 25TH, 2006<br>HEARING<br>TELEPHONICALLY AND<br>FOR EXPEDITED<br>CONSIDERATION<br><br>CASE NO. C05-04475 CRB |

COMES NOW, Ann Larabee by and through her attorney *pro hoc vice* and pursuant to Local Rule 7-11 for an order permitting defendant Larabee's counsel to appear telephonically at the hearing on the Motions to Enter Final Judgment (FRCP 54(b).

Defendant Larabee was served with a summons and complaint in this litigation on April 28, 2006. Following her attorneys' admission to this court *pro hoc vice*, rather than file an answer to plaintiffs voluminous complaint, defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to FRCP 12(b)(1) and in the alternative to dismiss plaintiffs' complaint on the basis of forum no conveniens. In her motion, defendant Larabee argued that aside from the fact that this court does not have personal jurisdiction over her, the cost to defendant for having to defend this lawsuit involving claims for alleged acts and

omissions that occurred solely in Alaska in 1996 and 1997 would be extraordinary. Ms. Larabee resides in Alaska and is employed by the Alaska Court System.

On June 16, 2006 this court granted several Motions to Dismiss filed by a number of the defendants named in plaintiffs' Amended Complaint, including the motions of the Alaska defendants based on this court's lack of jurisdiction over these defendants. All the Alaska defendants have moved for an order finding that there is no just reason to delay in entering a final and appealable judgment pursuant to FRCP 54(b). Hearing on thise motions is currently scheduled for August 25, 2006.

It is defendant's understanding that her attorney may have to personally appear at the hearing on the motions to enter FRCP 54(b) judgments.. The costs for Ms. Larabee's attorney to personally appear given the circumstances of Ms. Larabee's motion and the fact that this court will hear at least one other Motion to Dismiss for lack of personal jurisdiction filed by Providence Alaska Medical Center is extremely high. The airfare from Anchorage to any city in the San Francisco Bay Area, even with a two week advance reservation, is several hundred dollars. An appearance in court would require at least one night hotel stay in San Francisco. Ms. Larabee estimates that the costs for her attorney to appear at the August 25, 2006 hearing will exceed $1500.00. There appears no just reason why Ms. Larabee's attorney should not be permitted to appear at the hearing telephonically.

Defendant further requests that this Motion for Administrative Relief be considered on an expedited basis.

Dated: 8/15/06

Sanford M. Gibbs
Attorney *Pro Hoc Vice*
for Defendant Ann Larabee



August 16, 2006

Sanford M. Gibbs
Brown, Waller and Gibbs
821 N Street, Suite 202
Anchorage, AK 99501
Telephone: (907) 276-2050
Facsimile: (907) 276-2051
Alaska Bar No. 6903013

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR<br>MAUREEN KEATING and<br>TERENCE TRAYNOR<br><br>v.<br><br>DEBORAH GOLDSTEIN, ET. AL.<br>_____/ | **PROOF OF SERVICE**<br><br>**CASE NO. C05-04475 CRB** |

### PROOF OF SERVICE BY MAIL - C.C.P. §§1013(A), 2015.5

I declare under penalty of perjury that:

I am a citizen of the United States and am employed in the firm of Brown, Waller & Gibbs. I am over the age of eighteen years and not a party to the within action. My business address is 821 N Street, Suite 202, Anchorage, AK 99501-3285. On August 15, 2006, I served the within, DEFENDANT ANN LARABEE'S NOTICE OF MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR AT THE AUGUST 25, 2006 HEARING TELEPHONICALLY AND FOR EXPEDITED CONSIDERATION on the parties in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Anchorage, Alaska, address as follows:

| | |
|---|---|
| Daniel Keating-Traynor<br>Maureen Keating<br>Terence Traynor<br>2039 46th Avenue<br>San Francisco, CA 94116 | Counsel for Plaintiffs in Pro Per |
| Robert Spagat<br>Anusha Srinivasan<br>Winston & Strawn LLP<br>101 California Street<br>39th Floor<br>San Francisco, CA 94111-5894 | Counsel for Defendant Edgwood Children's Center |
| Robyn D. Roberts<br>Elizabeth K. Ryan<br>Robert K. Lawrence<br>Bjork Lawrence<br>1850 Mt. Diablo Blvd., Suite 120<br>Walnut Creek, CA 94596 | Counsel for McAuley Neuropsychiatric Institute of St. Mary's Hospital |
| Lisa T. Ungerer<br>Geoffrey A. Mires<br>Rankin Sproat Mires Beaty & Reynold<br>1333 Broadway, Suite 600<br>Oakland, CA 94612 | Counsel for Aleta Beaupied |
| Karen A. Sparks<br>Anderson Galloway & Lucchese<br>1676 No. California Blvd., Ste. 500<br>Walnut Creek, CA 94596 | Counsel for Providence Hospital<br>Providence Behavioral Center |
| G. Patrick Galloway<br>Maureen H. Loftis<br>Anderson Galloway & Lucchese<br>1676 No. California Blvd., Ste. 500<br>Walnut Creek, CA 94596 | Counsel for Providence Hospital<br>Providence Behavioral Center |
| Paul E. Gaspari<br>Tobin & Tobin<br>500 Sansome Street, Eighth Floor<br>San Francisco, CA 94111-3214 | Counsel for St. Vincent's School for Boys |

| | |
|---|---|
| Daniel C. Zamora<br>Attorney at Law<br>500 Sansome Street, Eighth Floor<br>San Francisco, CA 94111-3214 | Counsel for St. Vincent's School for Boys |
| Katherine A. Alberts<br>Louis A. Leone<br>Stubbs & Leone<br>2175 N. California Blvd., Suite 900<br>Walnut Creek, CA 94596 | Counsel for Marin School District |
| Warren Metlizky<br>City Attorney's Office<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 | Counsel for City of San Francisco |

Date: 8\15\06

Debra J. Britt, Legal Assistant
Brown, Waller & Gibbs
821 N Street, Suite 202
Anchorage, AK 99501