IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR, | No. C 05-04475 CRB |
| Plaintiff, | **RULE 54(b) SEPARATE JUDGMENT** |
| v. | |
| GOLDSTEIN ET AL, | |
| Defendant. | |

The Court having dismissed plaintiffs' claims against Ann Larabee, Providence Health System-Washington, and Osamu Matsutani (collectively "the Alaska defendants") for lack of personal jurisdiction, and having granted the Alaska defendants' motions for a Rule 54(b) separate judgment, judgment is entered in favor of the Alaska defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated: August 22, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4475\separatejudgment.wpd