IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR, et al., | No. C 05-04475 CRB |
| Plaintiffs, | **ORDER RE: MOTION FOR RECONSIDERATION AND MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| DEBORAH GOLDSTEIN et al., | |
| Defendants. | |

Now pending before the Court are plaintiffs' motion for reconsideration of parts of the Court's Memorandum and Order filed June 16, 2006 and plaintiffs' motion for a preliminary injunction. After carefully considering the papers filed by plaintiffs and some of the defendants, the Court finds that oral argument is unnecessary, see Local Rule 7-1(b), and DENIES plaintiffs' motions.

To be granted leave to file a motion for reconsideration, a plaintiff must show:

**(1)** That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the court before entry of the interlocutory order for which reconsideration is sought. The party shall also show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or

**(2)** The emergence of new material facts or a change of law occurring after the time of such order; or

**(3)** A manifest failure by the court to consider material facts which were presented to the court before such interlocutory order.

1  Local Rule 7-9(b)(1); see also School Dist. No. 1J Multnomah County v. ACandS, Inc., 5
2  F.3d 1255, 1263 (9th Cir. 1993).

3      Plaintiffs have not met any of these requirements.  The only new law they cite, Sarei
4  v. Rio Tinto, 456 F.3d 1069 (9th Cir. 2006), does not cause the Court to reconsider its
5  decision as to Ms. Keating's ATCA claim.  Plaintiff Keating's complaint that the Court
6  overlooked her claim that the City and County of San Francisco continues to garnish her
7  social security disability checks is unpersuasive.  According to the Court's reading of the
8  First Amended Complaint, Keating made an "equal protection" claim regarding child support
9  payments paid by Keating not having been given to Keating-Traynor; the Complaint does not
10 make the claim asserted by Keating in her motion for reconsideration.  See June 16, 2006
11 Memorandum and Order at 7.  If Keating wishes to make such a claim in this Court, she must
12 file a motion for leave to amend her complaint.

13     For the same reason plaintiffs' motion for a preliminary injunction must be denied.
14 Plaintiffs seek an order enjoining the City and County of San Francisco from attaching Ms.
15 Keating's social security disability income.   The Court has dismissed all claims brought by
16 Ms. Keating and Mr. Traynor; those claims did not include the claim upon which Ms.
17 Keating seeks a preliminary injunction.  Again, if Ms. Keating wishes to make such a claim,
18 she must file a motion for leave to file an amended complaint.

19     **IT IS SO ORDERED.**

21 Dated: September 5, 2006        CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE