<div style="writing-mode: vertical-rl">United States District Court
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>DEBORAH GOLDSTEIN et al.,<br>　　　　Defendants. | No. C 05-04475 CRB<br>**ORDER DISMISSING REMAINING CLAIMS** |

　　Now pending before the Court is the motion of defendant Catholic Healthcare West to dismiss the claims remaining in this action for a failure to prosecute and enter a final judgment or, in the alternative, to enter a partial final judgment in favor of Catholic Healthcare West. Plaintiffs have not filed an opposition to defendant's motion and have not otherwise communicated with the Court. After carefully considering defendant's motion and the procedural history of this case, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS defendant's motion for dismissal of the remaining claims and entry of a final judgment.

　　Plaintiffs, proceeding pro se, filed this lawsuit against more than 50 separate defendants. After the Court denied plaintiffs' motion to proceed *in forma pauperis* on the ground that the complaint failed to state a claim, plaintiffs paid the filing fee and filed a First Amended Complaint.

1    By Memorandum and Order filed June 16, 2006, the Court dismissed all of plaintiffs' claims with prejudice for failure to state a claim, except for plaintiff Daniel Keating-Traynor's section 1983 claims against the San Francisco defendants. As to those claims, the Court granted the San Francisco defendants' motion for a more definite statement and ordered Keating-Traynor to file a Second Amended Complaint against the San Francisco defendants within 30 days of June 16, 2006.

Plaintiffs responded by filing a Notice of Appeal to the Ninth Circuit and a motion for reconsideration and for preliminary injunction. The Court denied both motions in September 2006. The Court also issued a Rule 54(b) separate judgment in favor of the Alaska defendants in August 2006. In March 2007, plaintiffs' appeal was dismissed for a failure to prosecute.

As of the date of this Order, Keating-Traynor has not filed a Second Amended Complaint against the San Francisco defendants. More than a year has elapsed since his deadline for doing so.

In light of this procedural history, it is apparent that the only claims remaining in this lawsuit–Keating-Traynor's section 1983 claims against the San Francisco defendants–must be dismissed for a failure to prosecute. More than a year as passed since the deadline for amending his claims to attempt to state a claim and he never sought an extension of the deadline. Moreover, his appeal was dismissed for a failure to prosecute. Accordingly, Keating-Traynor's claims against the San Francisco defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b). As this Order disposes of the last claims remaining in this lawsuit, the Court will enter a final judgment in favor of defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated: October 22, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4475\orderrefailuretoprosecute2.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\4475\orderrefailuretoprosecute3.wpd