IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL KEATING-TRAYNOR, et al.,   No. C 05-04475 CRB

    Plaintiffs,   **FINAL JUDGMENT**

  v.

DEBORAH GOLDSTEIN et al.,

    Defendants.
_____/

By Order dated June 16, 2006, the Court issued a Memorandum and Order dismissing the claims against all defendants, except the San Francisco defendants, with prejudice. On August 22, 2006, the Court issued a Rule 54(b) separate judgment in favor of defendants Ann Larabee, Providence Health-System Washington, and Osamu Matsutani (collectively "the Alaska defendants"). By Order dated October 22, 2007, the Court dismissed with prejudice the claims against the San Francisco defendants. Accordingly, judgment is entered in favor of defendants and against all plaintiffs.

**IT IS SO ORDERED.**

Dated: October 22, 2007

          CHARLES R. BREYER
          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4475\judgment.wpd